**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

**FILED**
2010 JUN -8 P 1:33
U.S. DISTRICT COURT
EASTERN DIST. TENN.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 4:10-cr-28 |
| | ) | JUDGES Mattice/Carter |
| MICHAEL CANNADY | ) | |
| also known as "Angel," | ) | |
| HEATHER TUCKER-CANNADY | ) | |
| JODY TUCKER | ) | |
| CORY NUNLEY | ) | |
| CARA CUNNINGHAM | ) | |
| PATRICIA TURNER | ) | |

## MOTION TO SEAL

Comes now the United States of America through James R. Dedrick, United States Attorney for the Eastern District of Tennessee, and Assistant United States Attorney Terra L. Bay, and respectfully requests that the Government's Indictment be sealed.

Respectfully submitted,

JAMES R. DEDRICK
United States Attorney

s/ Terra L. Bay
TERRA L. BAY
Assistant U.S. Attorney
1110 Market Street, Ste. 301
Chattanooga, TN 37402
(423) 752-5140