**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

FILED
2010 JUN -8 P 1:33
U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:10-cr- |
| | ) | JUDGES |
| MICHAEL CANNADY | ) | |
| also known as "Angel," | ) | |
| HEATHER TUCKER-CANNADY | ) | |
| JODY TUCKER | ) | |
| CORY NUNLEY | ) | |
| CARA CUNNINGHAM | ) | |
| PATRICIA TURNER | ) | |

## ORDER

Having read and considered the government's motion to seal and for good cause shown,

It is hereby ORDERED that the Government's Indictment, and the instant Motion to Seal and ensuing Order in the above-styled case be sealed until further order of the Court with the exception that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing.

ENTER.

_____
WILLIAM B. MITCHELL CARTER
UNITED STATES MAGISTRATE JUDGE

2